IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 21-190 |
| v.  ) | |
| ) | (21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(i), |
| ) | 841(b)(1)(B)(vi), and 841(b)(1)(C); and |
| ) | 18 U.S.C. §§ 924(c)(1)(A)(i) and 922(g)(1)) |
| DARNELL WYNN  ) | |

**INDICTMENT**

**COUNT ONE**

FILED
APR 27 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about February 15, 2021, in the Western District of Pennsylvania, the defendant, DARNELL WYNN, did knowingly, intentionally, and unlawfully possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; 10 grams or more of a mixture and substance containing a detectable amount of fluorofentanyl, an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, and a detectable amount of tramadol, a Schedule IV controlled substance; and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(i), 841(b)(1)(B)(vi), and 841(b)(1)(C).

## COUNT TWO

The grand jury further charges:

On or about February 15, 2021, in the Western District of Pennsylvania, the defendant, DARNELL WYNN, knowingly did possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: Possession with the Intent to Distribute a Controlled Substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(i), 841(b)(1)(B)(vi), and 841(b)(1)(C), as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

The grand jury further charges:

On or about February 15, 2021, in the Western District of Pennsylvania, the defendant, DARNELL WYNN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

    1. Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance, on or about October 5, 2017, at Case Number CP-10-CR-0001120-2017, in the Court of Common Pleas, County of Butler, Commonwealth of Pennsylvania;

    2. Manufacturing, Creating, Delivering, or Possessing with Intent to Manufacture, Create, or Deliver Controlled Substance, on or about July 14, 2005, at Case Number 05-004488-01-FC, in the Third Judicial Circuit of Michigan, County of Wayne, State of Michigan; and

    3. Carrying or Possessing Firearm when Committing or Attempting to Commit Felony, on or about July 14, 2005, at Case Number 05-004488-01-FC, in the Third Judicial Circuit of Michigan, County of Wayne, State of Michigan,

did knowingly possess in and affecting interstate commerce, a firearm, namely, a Glock model 22, .40 caliber handgun, bearing serial number BHEP722, and Federal .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The Grand Jury re-alleges and incorporates by reference the allegations contained in Counts One through Three of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2); and Title 28, United States Code, Section 2461(c). Pursuant to Title 21, United States Code, Section 853, the defendant shall forfeit to the United States of America any property constituting, or derived from any proceeds the defendant obtained, directly or indirectly, from the commission of such violations, and any property used, or intended to be used, in any manner and part, to commit, and to facilitate the commission of, such violations. The property to be forfeited includes the following items seized from the defendant, DARNELL WYNN;

   (a) Glock model 22, .40 caliber handgun, bearing serial number BHEP722;

   (b) Federal .40 caliber ammunition;

   (c) Three .40 caliber pistol magazines; and

   (d) One extended .40 caliber pistol magazine.

2. The Grand Jury re-alleges and incorporates by reference the allegations contained in Counts Two and Three, of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c). As a result of the knowing commission of the violations of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 922(g)(1), as charged in Counts Two and Three of the Indictment, the firearm and ammunition involved in those Counts, which were involved in the commission of the offenses, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1). The property to be forfeited includes:

   (a) Glock model 22, .40 caliber handgun, bearing serial number

        BHEP722;

(b)    Federal .40 caliber ammunition;

(c)    Three .40 caliber pistol magazines; and

(d)    One extended .40 caliber pistol magazine.

A True Bill,

*[signature]*
Foreperson

*[signature]*
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108