IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim No. 21-190 |
| DARNELL WYNN | |

## APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Darnell Wynn, Inmate No. 32211, Year of Birth: 1980, Male, Black.

2. Detained by: Butler County Prison 202 S. Washington St., Butler, PA 16001

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(i), 841(b)(1)(B)(vi), and 841(b)(1)(C) and Title 18 United States Code, Sections 924(c)(1)(A)(i) and 922(g)(1).

4. Detainee is presently confined in the Butler County Prison, Butler, Pennsylvania awaiting disposition of state charges.

5. The above case is set for a hearing at Pittsburgh, PA on June 1, 2021, at 9:00 a.m., and it shall therefore be necessary for detainee to appear via video conference at that time and to remain in federal custody until the completion of trial on federal charges.

*/s/ Brendan McKenna*
BRENDAN J. MCKENNA
Assistant U.S. Attorney
PA ID No. 314315

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____       _____
DATE                                                              UNITED STATES MAGISTRATE JUDGE

cc:   United States Attorney